UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Rabinowitz, Karen

Debtor.

Chapter 7

Case No. 08-14011 LER

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 5 | AFNI/Verizon East POB 3037 Bloomington, IL 61702-3037 | $104.65 | $10.21 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                                $    10.21

Dated:  April 27, 2010

MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE WOODS BLVD
ALBANY, NY  12211-2350
(518) 465-0400